Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd, Suite 170
Los Angeles, CA 90036
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
DESISLAVA KRAPF

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DESISLAVA KRAPF, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN CORADIUS <br> INTERNATIONAL, LLC, <br><br> Defendant. | Case No.: SACV-09-0693 <br><br> **VOLUNTARY DISMISSAL** |

## **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, DESISLAVA KRAPF, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: September 17, 2009                KROHN & MOSS, LTD.


By:/s/ Nicholas J. Bontrager

Nicholas J. Bontrager

Attorneys for Plaintiff,
DESISLAVA KRAPF

- 1 -

Voluntary Dismissal