

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT

# M E M O R A N D U M

Date: _____

To:     Courtroom Deputy Clerk to, _____

From: _____

Re:     **Notice of Statistical Adjustment**

      Case Number: _____

      Case Name: _____

      This is to notify you that the ☐ Opening  ☐ Closing   ☐ Reopening   ☐ Reassignment of the above-entitled case will be reported for the month of _____ instead of _____ for the following reason(s):

☐      Document        ☐ closing  ☐ reopening  ☐ reassigning the case, filed on _____
      was received on _____, after the reporting cut-off for the filing month.
         ○ Made JS-5 this date.        ○ Made JS-6 this date.          ○ Reassignment made this date.

☐      Document        ☐ closing  ☐ reopening  ☐ reassigning  the case was  docketed timely but the
      ☐ JS-6        ☐ JS-5        ☐ Reassignment was not statistically made.
         ○ Made JS-5 this date.        ○ Made JS-6 this date. ○ Reassignment made this date.

☐      Case was ☐ closed in error on _____. Reopening JS-5 made this date.

☐      Case was ☐ reopened in error on _____. Closing  JS-6 made this date.

☐      Case was ☐ assigned ☐ reassigned to _____ in error.
      Case is, this date, reassigned from _____ to
      _____.

☐      Other:

*cc:  Data Collections & Analysis*
      *Supervisor:  ☐DQA*      *☐Deputy in Charge*